FILED

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0412

IN RE THE MARRIAGE OF:
PAMELA URELL,
    Petitioner / Appellant,

and

THOMAS URELL,
    Respondent / Appellee.

On appeal from the Fifth Judicial District Court, in and for the County of Madison, as Cause No. DR-29-2022-0000006-DU, Hon. J. Berger

**ORDER GRANTING APPELLANT'S SECOND MOTION FOR EXTENSION TO FILE APPELLANT'S OPENING BRIEF**

Upon consideration of Appellant's Second Motion for Extension to File Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's Second Motion for Extension to File Appellant's Opening Brief is GRANTED. M. R. App. P. 26.

Appellant shall have up until and including Nov. 15, 2024 to file and serve her opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024